UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FIELD STAFF EMPLOYEES UNION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN FEDERATION OF )<br>STATE, COUNTY AND MUNICIPAL, )<br>EMPLOYEES, AFL-CIO, COUNCIL 93 )<br>)<br>Defendant ) | Civil Action No. 04-10577-PBS |

### DEFENDANT'S ANSWER

Defendant American Federation of State, County and Municipal Employees, Council 93 answers the numbered paragraphs of the Complaint as follows:

1. The allegations merely purport to describe the cause of action, and do not call for an answer. To the extent that they imply or allege that defendant has violated the law or is liable to plaintiffs, they are denied.

2. The allegations merely purport to state the bases for the court's jurisdiction and for proper venue, and do not call for an answer. To the extent that it implies or alleges that defendant has violated the law or is liable to plaintiff, it is denied.

3. Admitted

4. Admitted.

5. Admitted.

6. Defendant admits that Plaintiff submitted to arbitration a grievance concerning the involuntary reassignment of Patricia Couhig and that arbitrator Tim Buckalew was selected to hear the dispute. Otherwise, denied.

7. Admitted.

8. Admitted

9. Defendant admits only that the arbitration award speaks for itself. Otherwise, denied.

10. Defendant admits only that the arbitration award speaks for itself. Otherwise, denied.

11. Defendant admits only that the arbitration award speaks for itself. Otherwise, denied.

12. Denied.

13. Defendant admits only that it did not bring an action to vacate or modify the arbitrator's award, because Patricia Couhig was returned to her prior assignment. Otherwise, denied.

14. Defendant admits only that on or about January 26, 2004, which was approximately one year and two months after the Patricia Couhig reassignment, Martha Fila was involuntarily reassigned. Otherwise, denied.

15. Defendant admits only that it received a copy of the arbitrator's award prior to the reassignment of Martha Fila. Otherwise, denied.

16. Defendant admits only that it did not solicit volunteers and that Martha Fila was not the least senior unit member at the time of her reassignment. Otherwise, denied.

17. Denied.

18. Defendant admits only that plaintiff has filed a grievance as to the reassignment of Martha Fila, and that the grievance has not been processed to arbitration. Otherwise, denied.

19. Denied.

## AFFIRMATIVE DEFENSE

Plaintiff's claims for the confirmation and enforcement of the arbitrator's award as it seeks to rescind the reassignment of Martha Fila are barred, because plaintiff has failed to exhaust the contractual grievance and arbitration procedure.

WHEREFORE, defendant respectfully asks that this court:

1. Dismiss the Complaint;
2. Enter judgment in favor of Defendant; and
3. Enter such other and further relief as is deemed just.

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 93

By its attorneys,

*/s/ John M. Carey*

John M. Carey, BBO No. 549327
Mary Jo Hollender, BBO No. 238380
HOLLENDER & CAREY, LLP
44 School Street, Suite 415
Boston, MA 02108
617-227-2566

Date:   April 26, 2004

## CERTIFICATE OF SERVICE

I hereby certify under the penalties of perjury that a true copy of Defendant's Answer in Civil Action No. 04-10577-PBS was served upon the attorneys for all parties by mail.

*John M. Carey*

John M. Carey, Esq. #549327
Mary Jo Hollender, Esq. #238380
HOLLENDER & CAREY, L.L.P
44 School Street, Suite 415
Boston, Massachusetts 02108

Attorneys for AFSCME, Council 93

Dated: April 26, 2004

## HOLLENDER & CAREY, L.L.P.
ATTORNEYS AT LAW

44 School Street, Suite 415
Boston, Massachusetts 02108
Telephone 617/227-2566
Facsimile 617/227-0350



April 26, 2004

Tony Anastas, Clerk
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: *Field Staff Employees Union v. American Federation
Of State, County and Municipal Employees, Council 93*,
**Civil Action No. 04-10577-PBS**

Dear Sir:

Enclosed for filing herewith in the above-captioned matter please find the following:

1. Defendant's Answer; and,
2. Certificate of Service.

Thank you for your attention to this matter.

Sincerely,

John M. Carey