

FILED
CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN -4 P 4: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| FIELD STAFF EMPLOYEES UNION,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, COUNCIL 93,<br><br>    Defendant | CIVIL ACTION NO:<br>04-10577-PBS |

# PARTIES' RULE 16.1(D) JOINT STATEMENT

A.  Joint Discovery Plan

The parties do not believe that discovery will be necessary in his matter.

B.  Motion Schedule

1.  August 15, 2004 for plaintiff's motion for judgment on the pleadings or for summary judgment.

2.  September 15, 2004 for defendant's opposition to same and/or for its motion for judgment on the pleadings or for summary judgment.

3.  September 30, 2004 for any reply by plaintiff to defendant's opposition and/or opposition to defendant's dispositive motion.

| | |
|---|---|
| For the plaintiff, | For the defendant, |
| By its attorneys, | By its attorneys, |
| *James Lamond* | *James M. Carey* |
| Alan J. McDonald | John M. Carey, |
| James F. Lamond | Mary Jo Hollender |
| McDonald & Associates | Hollender & Carey, L.L.P. |
| 153 Cordaville Road, Suite 210 | 44 School Street, Suite 415 |
| Southborough, MA 01772 | Boston, MA 02108 |
| Dated: June 4, 2004 | Dated: June 4, 2004 |

## McDonald & Associates
Attorneys at Law
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA 01772

Alan J. McDonald
James F. Lamond
Jack J. Canzoneri
Vida K. Berkowitz
Mark A. Hickernell
Olinda R. Marshall

Of Counsel
Emily J. Novick

FILED
IN CLERKS OFFICE

2004 JUN -4  P 4: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

Tel. (617) 928-0080
(508) 485-6600
Fax (617) 928-0081
(508) 485-4477

June 4, 2004

**VIA MESSENGER**

Tony Anastas, Clerk of Court
United States District Court
  District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA  02110

Re:   Field Staff Employees Union
v.    AFSCME, Council 93
      USDC Civil Action 04-10577 PBS

Dear Mr. Anastas:

Enclosed for filing in the above-referenced matter, please find the Parties' Rule 16.1(D) Joint Statement.

Thank you.

Very truly yours,

/James F. Lamond

JFL/jg
cc:   John Gordon, President
      John M. Carey, Esq.