UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN 10 P 3:24

U.S. DISTRICT COURT
DISTRICT OF MASS.

FIELD STAFF EMPLOYEES UNION,

Plaintiff,

v.

AMERICAN FEDERATION OF STATE,
COUNTY AND MUNICIPAL EMPLOYEES,
AFL-CIO, COUNCIL 93,

Defendant

CIVIL ACTION NO. 04-10577 PBS

**PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

The undersigned affirm that they have conferred concerning the matters identified in Local Rule 16.1(D)(3)(a) and (b).

Counsel for the Plaintiff,

*/s/ James F. Lamond*
James F. Lamond, BBO #544817
McDonald & Associates
Cordaville Office Center
153 Cordaville Road, Suite 210
Southborough, MA 01772-1834

Dated: June 10, 2004

Plaintiff's Authorized Representative,

*/s/ John Gordon*
John Gordon, President
Field Staff Employees Union
239 Washington Street
Westwood, MA 02090

Dated: June 9, 2004