UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Field Staff Employees Union
Plaintiff,

       V.                         Civil Action Number
                                    04-10577-PBS

American Federation of State, County and Municipal
Employees, AFL-CIO, Council 93
Defendant.                                June 10, 2004

## SCHEDULING ORDER

Saris, D.J.,

Plaintiff's Motion for Judgment on the Pleadings or Summary Judgment due: 8/15/04

Defendant's Opposition to Motion for Judgment or Summary Judgment and/or it's Motion for Judgment or Summary Judgment due: 9/15/04

Plaintiff's reply to Defendant's opposition and/or opposition to Defendant's dispositive motion due: 9/30/04

                                                      By the Court,

                                                    /s/ Robert C. Alba
                                                    Deputy Clerk