UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIELD STAFF EMPLOYEES UNION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN FEDERATION OF )<br>STATE, COUNTY AND MUNICIPAL, )<br>EMPLOYEES, AFL-CIO, COUNCIL 93 )<br>)<br>Defendant )<br>) | Civil Action No. 04-10577-PBS |

## DEFENDANT'S MOTION TO MODIFY SCHEDULING ORDER

Defendant American Federation of State, County and Municipal Employees, Council 93, moves to modify the scheduling order to extend the due date for Defendant's opposition until September 30, 2004, and for Plaintiff's reply until October 15, 2004. As grounds therefor, counsel for Defendant states he requires additional time to prepare a response due to professional and personal commitments. <u>Plaintiff does not oppose this motion</u>.

Defendant A.F.S.C.M.E., Council 93,

By its attorneys,

John M. Carey, BBO No. 549327
Mary Jo Hollender, BBO No. 238380
HOLLENDER & CAREY, LLP
44 School Street, Suite 415
Boston, MA 02108
617-227-2566

Date: September 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify under the penalties of perjury that a true copy of Defendant's Motion to Modify Scheduling Order in Civil Action No. 04-10577-PBS was served upon the attorneys for all parties by mail.

_____
John M. Carey, Esq. #549327
Mary Jo Hollender, Esq. #238380
HOLLENDER & CAREY, L.L.P
44 School Street, Suite 415
Boston, Massachusetts 02108

Attorneys for AFSCME, Council 93

Dated: September 15, 2004