UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FIELD STAFF EMPLOYEES UNION,

    Plaintiff,

v.

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, COUNCIL 93,

    Defendant

CIVIL ACTION NO.
04-10577-PBS

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT

The plaintiff opposes the defendant's cross-motion for summary judgment, and relies for its opposition on the reasons set forth in its previously-filed Motion for Summary Judgment and Statement of Reasons Why Motion Should Be Allowed.

    For the Plaintiff,

    By its attorneys,

    _____
    Alan J. McDonald, BBO #330960
    James F. Lamond, BB0 #544817
    McDonald & Associates
    Cordaville Office Center
    153 Cordaville Road, Suite 210
    Southborough, MA  01775
    (508) 485 6600

Dated: October 15, 2004

## CERTIFICATE OF SERVICE

I, James F. Lamond, hereby certify that I have this day by first-class mail, postage prepaid, served a copy of the foregoing "Plaintiff's Opposition to Defendant's Cross-Motion For Summary Judgment" upon John M. Carey, Esq., Hollender & Carey, 44 School Street, Suite 415, Boston, Massachusetts 02108.

Dated: October 15, 2004

_____
James F. Lamond, BBO #544817