UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Field Staff Employees Union,
       Plaintiff,

V.

CIVIL ACTION: 04-10577-PBS

American Federation of State, County and
Municipal Employees, AFL-CIO, Council 93,
       Defendant.

## FINAL JUDGMENT

SARIS, U.S.D.J.                                                                December 15, 2004

    Pursuant to this Court's ruling of December 15, 2004, adopting the Report and Recommendation dated November 17, 2004, it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Plaintiff.

By the Court,

/s/ Robert C. Alba
Deputy Clerk