UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIELD STAFF EMPLOYEES UNION, )<br>)<br>Plaintiff, )<br>)                                       Civil Action No. 04-10577-PBS<br>v. )<br>)<br>AMERICAN FEDERATION OF )        NOTICE OF APPEAL<br>STATE, COUNTY AND MUNICIPAL, )<br>EMPLOYEES, AFL-CIO, COUNCIL 93 )<br>)<br>Defendant ) | |

Notice is hereby given that Defendant American Federation of State, County and Municipal Employees, Council 93 hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action.

                              Defendant,
                              AMERICAN FEDERATION OF
                              STATE, COUNTY AND
                              MUNICIPAL EMPLOYEES,
                              COUNCIL 93

                              By its attorneys,

                              /s/ John M. Carey
                              John M. Carey, BBO No. 549327
                              Mary Jo Hollender, BBO No. 238380
                              HOLLENDER & CAREY, LLP
                              44 School Street, Suite 415
                              Boston, MA 02108
                              617-227-2566

Date:   January 13, 2005

## CERTIFICATE OF SERVICE

I hereby certify under the penalties of perjury that a true copy of Defendant's Notice Of Appeal in Civil Action No. 04-10577-PBS was served upon the attorneys for all parties by mail.

*/s/ John M. Carey*

John M. Carey, Esq. #549327
Mary Jo Hollender, Esq. #238380
HOLLENDER & CAREY, L.L.P
44 School Street, Suite 415
Boston, Massachusetts 02108

Attorneys for AFSCME, Council 93

Dated: January 13, 2005