UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 JAN 28  P 1: 17

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| FIELD STAFF EMPLOYEES UNION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FEDERATION OF<br>STATE, COUNTY AND MUNICIPAL,<br>EMPLOYEES, AFL-CIO, COUNCIL 93<br><br>Defendant | Civil Action No. 04-10577-PBS |

To the Clerk:

Defendant American Federation of State, County and Municipal Employees, Council 93 certifies that there is not a transcript of proceedings to be included in the record on appeal in this case. The Court disposed of the matter on cross-motions for summary judgment.

                              Defendant,
                              AMERICAN FEDERATION OF
                              STATE, COUNTY AND
                              MUNICIPAL EMPLOYEES,
                              COUNCIL 93

                              By its attorneys,

                              */s/ John M. Carey*
                              John M. Carey, BBO No. 549327
                              Mary Jo Hollender, BBO No. 238380
                              HOLLENDER & CAREY, LLP
                              44 School Street, Suite 415
                              Boston, MA 02108
                              617-227-2566

Date:   January 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify under the penalties of perjury that a true copy of Defendant's Certificate in Civil Action No. 04-10577-PBS was served upon the attorneys for all parties by mail.

*[signature: John M. Carey]*

John M. Carey, Esq. #549327
Mary Jo Hollender, Esq. #238380
HOLLENDER & CAREY, L.L.P
44 School Street, Suite 415
Boston, Massachusetts 02108

Attorneys for AFSCME, Council 93

Dated: January 27, 2005