**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 05-1139

FIELD STAFF EMPLOYEES UNION,

Plaintiff, Appellee,

v.

AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL-CIO, COUNCIL 93,

Defendant, Appellant.

---

**JUDGMENT**

**Entered: March 24, 2005**

Upon consideration of stipulation,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 3/24/05

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG

By: _____
Operations Manager

[cc: Alan J. McDonald, Esq., James F. Lamond, Esq., Debra K. Lansberry, Esq., John M. Carey, Esq., Mary Jo Hollender, Esq.]